SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br><br>         Plaintiff, <br><br>    vs. <br><br> Pan Pacific RV Center, Inc., et al, <br><br>         Defendants | Case No. **2:09-cv-02835-MCE-KJN** <br><br> **ORDER RE: STIPULATED DISMISSAL** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2), each side to bear its own costs and attorney's fees.  The Clerk of Court is hereby directed to close the file.

Dated:  May 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-09-cv-02835-MCE-KJN- 1